**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

CLARET CAPITAL NOMINEES, et al.,   :
                                     :

               Plaintiffs,       :    CIVIL ACTION
                                     :

    v.                           :    No. 09-cv-3532
                                     :

JOHN BENETT, et al.,             :
                                     :

               Defendants.      :

<u>ORDER</u>

AND NOW, this    25th    day of January, 2010, upon consideration of Plaintiffs' Motion for Summary Judgment (Doc. No. 8) and responses thereto, it is hereby ORDERED that Summary Judgment is GRANTED in favor of Plaintiffs pursuant to Federal Rule of Civil Procedure 56(c). It is further ORDERED that Plaintiffs are awarded $3,449,000 in damages.

                                      BY THE COURT:

                                      <u>s/J. Curtis Joyner</u>
                                      J. Curtis Joyner, J.